# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN JOHNNY SANCHEZ, | Case No. SA CV 14-1290 BRO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DUCART, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 5, 2015

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE